DANIEL C. CEDERBORG
 County Counsel – State Bar No. 124260
CAVAN M. COX II
 Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE;<br>FRESNO COUNTY SHERIFF<br>MARGARET MIMS; and<br>FRESNO COUNTY SHERIFF'S CAPTAIN<br>RYAN HUSHAW<br><br>Defendants. | Case No. 1:22-cv-00475 DAD-EPG<br><br>**DECLARATION OF MITCHELL JIMENEZ IN SUPPORT OF MOTION TO QUASH SERVICE OF PROCESS**<br><br>Date:   July 15, 2022<br>Time:  10:00 a.m.<br>Crtrm: 10<br>Judge: Hon. Dale A. Drozd |

I, MITCHELL JIMENEZ, hereby declare:

1. I am over the age 18 years, have personal knowledge of the matters stated herein, except those matters set forth on information and belief, and if called upon to testify concerning the same, could do so competently.

2. I make this declaration in support of Defendants' Motion to Quash Service of Process

3. I am currently employed by Fresno County Sheriff as a Program Technician, and

1

I work in the Fresno County Sheriff's Office of Administrative Records. My ordinary job duties include serving as a point of contact and information for the general public for ordinary business, such as locating towed vehicles, filing, supplementing, or obtaining copies of police reports, or answering general questions. My job duties do not include accepting service of process on behalf of my employer, or anyone else.

4.   I am not an authorized agent for service on behalf of the County of Fresno, the Fresno County Sheriff, its employees, or deputies. I am not authorized to accept service on behalf of Margaret Mims or Ryan Hushaw, either in their professional or personal capacities.

5.   On May 12, 2022, I was working at my usual place of business, which is the headquarters of the Fresno County Sheriff's Department, at the address 2200 Fresno Street, Fresno, CA 93721. The main lobby is accessible to the public, but access to the rest of the Sheriff's Department headquarters is closed off by a locked door and inaccessible to the public. There is a reception window in the lobby where members of the public can approach discuss their business with the Sheriff's department. The window has a small opening through which documents can be exchanged.

6.   On May 12, 2022, a man and a woman whom I did not recognize entered the lobby and approached the window. The man had a large manila envelope, which he handed to the woman, who passed it under the document exchange opening to me. The envelope had no postage marks, but was sealed and addressed to "Ryan Hushaw, 2200 Fresno Street, Fresno, CA 93721" from "Michael McKinney, 4397 N. Valentine, Fresno, CA 93722." I exchanged a few words with them and understood they were trying to serve something, but was not clear about whether they wanted to serve the Sheriff's Department or have the Sheriff's Department serve someone on their behalf. I recommended that they go to the civil unit, and they left. Some time later that day they returned and insisted on giving the envelope to me, despite my informing them that I could not accept service. They requested that I provide them with a "received" stamp, which I did. They did not identify themselves or tell me what was in the envelope. Both times they were at the Sheriff's Department lobby, I watched them enter the lobby, I watched them leave, and at no time did they enter the secured portion of the Sheriff's Department

headquarters. They did not talk to or hand documents to any other person in the lobby while they were there. Because the envelope was addressed to "Ryan Hushaw" with no other designation, I did not open it. Instead, I put it in a general mail box to be sorted by other staff in the ordinary course of business. I never opened the envelope myself, and do not personally know its contents, but later learned from my supervisor that it contained legal documents.

7. I have reviewed the manila envelope, a true and accurate photo of which attached to this declaration as **Exhibit A**. It appears to be the same envelope which was passed through the document exchange opening on May 12, 2022, as described above.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of June 2022, in Fresno, California.

Mitchell Jimenez, declarant

# Exhibit A

Michael McKinney
4397 N Valentine
Fresno CA 93722

Ryan Hushaw
2200 Fresno Street
Fresno CA 93721

Case 1:22-cv-00475-KES-EPG    Document 5-1    Filed 06/02/22    Page 5 of 6

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 2, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through its CM/ECF system, which automatically transmits notifications to, and effects service upon, all counsel subscribed to receive notice of filings in this action.

By: _____
Vincent Soliz
Paralegal

---

DECLARATION OF MITCHELL JIMENEZ IN SUPPORT OF MOTION TO QUASH SERVICE OF PROCESS
Case No. 1:22-CV-00475 DAD-EPG