DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California   93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-00475 DAD-EPG<br><br>**PROOF OF SERVICE BY UNITED STATES MAIL** |

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Vincent Soliz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On June 2, 2022, I served a copy of the within:

- **NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**
- **DECLARATION OF MITCHELL JIMENEZ IN SUPPORT OF MOTION TO QUASH SERVICE OF PROCESS**
- **DECLARATION OF RYAN HUSHAW IN SUPPORT OF MOTION TO QUASH SERVICE OF PROCESS**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

X   by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 2, 2022, at Fresno, California.

_____
Vincent Soliz
Litigation Paralegal

Proof of Service
Case No. 1:22-CV-00475 DAD-EPG