DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GENE MCKINNEY,<br><br>　　　　　Petitioner,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00475 DAD-EPG<br><br>**FIRST AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:　July 19, 2022<br>Time:　10:00 a.m.<br>Crtrm: 5<br>Judge: Hon. Dale A. Drozd |

**TO PLAINTIFF MICHAEL MCKINNEY AND HIS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on **July 19, 2022 at 10:00 a.m., in Courtroom 5** of the United States District Court of the Eastern District of California, located at 2500 Tulare Street, Sixth Floor, Fresno, California 93721, Defendants The Fresno County Sheriff's Office, Fresno County Sheriff Margaret Mims, and Fresno County Sheriff's Captain Ryan Hushaw will appear and move the Court pursuant to Fed. R. Civ. P. 12(b)(5) and (6) for an order dismissing the

complaint (ECF No. 1) for insufficient service and failure to state a claim for which relief can be granted.

This First Amended Notice of Motion is provided in response to the Court's Minute Order on June 3, 2022 (ECF No. 6) directing Defendants to re-notice their Motion to Dismiss. The underlying motion and its basis remain the same, but this notice amends the hearing date, to conform it to the Court's motion calendar as directed.

Dated: June 3, 2022

Respectfully submitted,

DANIEL C. CEDERBORG
County Counsel

By: /s/ Cavan M. Cox II
_____
Cavan M. Cox II, Deputy County Counsel
Attorneys for Defendants,
Fresno County Sheriff's Office
Fresno County Sheriff Margaret Mims
Fresno County Sheriff's Captain Ryan Hushaw

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Vincent Soliz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On June 3, 2022, I served a copy of the within:

**FIRST AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

X    by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 3, 2022, at Fresno, California.

Vincent Soliz
Litigation Paralegal