MICHAEL GENE MCKINNEY

Case No. 1:22-cv-00475 DAD-EP

PLAINTIFF

PRO SE

**FILED**

JUN 28 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MOTION OBJECTING TO DISMISSAL OF COMPLAINT AND TO CONTINUE HEARING

The plaintiff requests the court to abstain from granting defendants counsels motion to dismiss and continue the hearing set for July 19th at 10:00 a.m. currently scheduled in courtroom 5 before the honorable Dale A, Drozd for 45 days.

The pro se plaintiff wishes to seek counsel.

If the court should find this reason insufficient to grant a continuance, and grants defense counsel's motion, plaintiff requests the dismissal be ordered without prejudice.

June 28, 2022          Respectfully submitted,

_____

Michael Gene McKinney