1  DANIEL C. CEDERBORG
   County Counsel – State Bar No. 124260
2  CAVAN M. COX II
   Deputy County Counsel – State Bar No. 266793
3  FRESNO COUNTY COUNSEL
4  2220 Tulare Street, 5th Floor
   Fresno, California  93721
5  Telephone: (559) 600-3479
   Facsimile: (559) 600-3480
6  Email: cacox@fresnocountyca.gov

7
   Attorneys for Defendants,
8  Fresno County Sheriff's Office,
   Fresno County Sheriff Margaret Mims, and
9  Fresno County Sheriff's Captain Ryan Hushaw

10

11            **IN THE UNITED STATES DISTRICT COURT**

12            **EASTERN DISTRICT OF CALIFORNIA**

13

14  MICHAEL GENE MCKINNEY,              Case No. 1:22-cv-00475 DAD-EPG
15
                  Petitioner,
16                                      **NOTICE OF SUPPLEMENTAL**
17        v.                            **AUTHORITY**

18  FRESNO COUNTY SHERIFF'S OFFICE;     Date:   July 19, 2022
19  and FRESNO COUNTY SHERIFF           Time:   10:00 a.m.
    MARGARET MIMS; and FRESN COUNTY     Crtrm:  5
20  SHERIFF'S CAPTAIN RYAN HUSHAW       Judge:  Hon. Dale A. Drozd

21                Defendants.

22

23

24      The following supplemental authority may be relevant to above-captioned hearing:

25  *New York State Rifle & Pistol Ass'n, Inc. v. Bruen,* No. 20-843, 2022 WL 2251305 (U.S. June 23,

26  2022).

27  ///

28  ///

                              1

1   Dated: June 30, 2022                    Respectfully submitted,

2

3                                           DANIEL C. CEDERBORG
                                            County Counsel
4

5                                           /s/ Cavan M. Cox II

6                               By:         _____
                                            Cavan M. Cox II, Deputy County Counsel
7                                           Attorneys for Defendants,
                                            Fresno County Sheriff's Office
8                                           Fresno County Sheriff Margaret Mims
                                            Fresno County Sheriff's Captain Ryan Hushaw
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 1:22-CV-00475 DAD-EPG

1

**PROOF OF SERVICE BY UNITED STATES MAIL**

2

      I, Vincent Soliz, declare as follows:

3

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

4

5

      On June 30, 2022, I served a copy of the within:

6

**NOTICE OF SUPPLEMENTAL AUTHORITY**

7

on the interested parties in said action addressed as follows:

8

9

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

10

11

**X**     by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

12

13

14

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Executed on June 30, 2022, at Fresno, California.

15

16

17

18

         _____

Vincent Soliz
Litigation Paralegal

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 1:22-CV-00475 DAD-EPG