DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>Petitioner,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESN COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW<br><br>Defendants. | Case No. 1:22-cv-00475 ADA-EPG<br><br>**JOINT STATUS REPORT**<br><br>Date:   None set<br>Time:  None set<br>Crtrm: 8<br>Judge: Hon. Ana I. de Alba |

On August 31, 2022, this Court issued a minute order directing the parties to file a Joint Status Report which (1) sets forth the procedural history of the case; (2) describes whether the pending motion is still at issue; (3) whether the parties have engaged in settlement negotiations and, if so, when; (4) whether the parties would benefit from a mandatory settlement conference before a magistrate judge; (5) and whether the parties would benefit from a status conference

with Judge de Alba.  (ECF No. 12.)  The minute order further advised the parties that over 130 motions are currently under submission to Judge de Alba, that a decision may take months, and strongly encouraging the parties to consider consenting to proceed before a Magistrate Judge.  (ECF No. 12.)

**Summary of relevant procedural history:**

On April 21, 2022, plaintiff Michael Gene McKinney (Plaintiff) filed the complaint initiating this case.  (ECF No. 1.)  On June 2, 2022, Defendants filed a motion to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6).  (ECF No. 5.)  On June 3, 2022, Defendants filed an amended motion to dismiss, and reserving a hearing date of July 19, 2022.  (ECF No. 7.)  On June 6, 2022, Magistrate Judge Grosjean vacated the August 1, 2022, Scheduling Conference in light of the pending hearing date and ordered the parties, within ten days of a ruling on the motion to dismiss, to contact the court and calendar a new scheduling conference.  (ECF No. 8.)  On June 28, 2022, Plaintiff filed a motion objecting to dismissal and requesting time to seek counsel. (ECF No. 9.)  On August 24, 2022, the case was reassigned to Judge de Alba.  (ECF No. 11.)  On August 31, 2022, Judge de Alba issued the minute order ordering the parties to submit a Joint Status Report within ten court days.  (ECF No. 12.)

Defendants' motion to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6) is the only motion awaiting ruling.  The Court has not ruled on Plaintiff's request for time to seek counsel.

**Whether the motion is still at issue:**

Defendants' motion to dismiss is still at issue.  However, the parties have stipulated to proper service of the complaint and summons.  Consequently, argument III.A at pages 5-9 of Defendants' motion to dismiss (ECF No. 5) is moot and no longer requires a ruling from this court.

//

//

**Whether the parties have engaged in settlement negotiations and when:**

The parties have not engaged in formal or informal settlement negotiations. However, on September 2, 2022, and September 8, 2022, Plaintiff and counsel for Defendants spoke by telephone and exchanged emails. The parties do not believe the case or the pending motion is likely to resolve without a court ruling, but intend to see whether any agreement can be reached as to partial resolution of some pending issues. The parties intend to confer about partial within the next two weeks following the filing of this Joint Status Report.

**Whether the parties would benefit from a Mandatory Settlement Conference before a Magistrate Judge:**

The parties do not believe a Mandatory Settlement Conference with a Magistrate Judge would be beneficial at this time.

**Whether the parties would benefit from a status conference with Judge de Alba:**

The parties do believe a status conference with Judge de Alba may facilitate settlement or resolution of the pending motion.

**Whether the parties would consent to a Magistrate Judge:**

The parties understand and appreciate that the Court has many motions awaiting its decision and that a decision on the motion pending it this case could take several months. On September 2, 2022, the parties discussed whether they would jointly consent to proceeding before a Magistrate Judge. Respectfully, the parties do not consent to further proceedings before a Magistrate Judge at this time.

///

///

///

///

1  ///
2  ///
3  ///
4  ///

5  Dated: September 12, 2022                    Respectfully submitted,

7                                               DANIEL C. CEDERBORG
                                                County Counsel

9                                               /s/ Cavan M. Cox II
10                                     By:      _____
                                                Cavan M. Cox II, Deputy County Counsel
11                                              Attorneys for Defendants,
                                                Fresno County Sheriff's Office
12                                              Fresno County Sheriff Margaret Mims
                                                Fresno County Sheriff's Captain Ryan Hushaw
13
14                                              MICHAEL GENE MCKINNEY

15                                              /s/ Michael Gene McKinney        Verified by pdfFiller
                                       By:      _____     09/13/2022
16                                              Plaintiff, Pro Se