DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>Petitioner,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESN COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW<br><br>Defendants. | Case No. 1:22-cv-00475 ADA-EPG<br><br>**JOINT STATUS REPORT**<br><br>Date:  None set<br>Time:  None set<br>Crtrm: 8<br>Judge: Hon. Ana I. de Alba |

On June 2, 2022, Defendants filed a motion to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6).  (ECF No. 5.)  That motion remains pending.  On August 24, 2022, this matter was reassigned to Judge Ana de Alba.  (ECF No. 11.)  On September 12, 2022, Judge de Alba assigned the pending motion to a Magistrate Judge for findings and recommendation.  (ECF No. 13.)  On September 14, 2022, Magistrate Judge Erica P. Gosjean issued a minute order directing

the parties to file a Joint Status Report, no later than October 13, 2022, addressing (a) whether the parties have been able to resolve any additional issues on their own that could affect the pending motion to dismiss; (b) whether the court should order briefing on the applicability of *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct 2111 (2022); (c) whether Plaintiff still wishes to seek counsel and if so, when; and (d) to propose a briefing schedule for Plaintiff's opposition and Defendant's reply, if any.  (ECF No. 15.)

**Whether the parties have been able to resolve any additional issues:**

The parties have not been able to resolve any additional issues as of the date of this joint status report.

**Whether the court should order briefing on the applicability of *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct 2111 (2022):**

Yes, additional briefing should be ordered.  Defendants do not believe *New York State Rifle & Pistol Ass'n v. Bruen* affects the outcome of the pending motion, but do believe a brief should be submitted explaining that position.  The plaintiff does not believe *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) has anything to do with his complaint.

**Whether Plaintiff still wishes to seek counsel:**

Plaintiff does not intend to seek counsel at this time.

**Proposed briefing schedule:**

The parties propose the following schedule:

Defendants shall file a supplemental brief addressing the impact of *New York State Rifle & Pistol Ass'n v. Bruen* on or before October 28, 2022.  Plaintiff shall file an opposition, if any, on or before November 11, 2022.  Defendants do not anticipate filing a reply.

Dated: October 11, 2022               Respectfully submitted,

                                      DANIEL C. CEDERBORG
                                      County Counsel


                              By:     /s/ Cavan M. Cox II
                                      _____
                                      Cavan M. Cox II, Deputy County Counsel
                                      Attorneys for Defendants,
                                      Fresno County Sheriff's Office
                                      Fresno County Sheriff Margaret Mims
                                      Fresno County Sheriff's Captain Ryan Hushaw

                                      MICHAEL GENE MCKINNEY

                                      Verified by pdfFiller
                                      10/12/2022

                              By:     _____
                                      Plaintiff, Pro Se