1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAEL GENE MCKINNEY,              Case No.   1:22-cv-00475-ADA-EPG

11                   Plaintiff,

12           v.                           ORDER REGARDING JOINT STATUS
                                          REPORT, SETTING BRIEFING SCHEDULE,
13   FRESNO COUNTY SHERIFF'S OFFICE,      AND DENYING MOTION TO CONTINUE
     et al.,                              HEARING ON MOTION TO DISMISS AS
14                                        MOOT
                     Defendants.
15                                        (ECF Nos. 9, 17)

16

17          Plaintiff Michael Gene McKinney, proceeding *pro se*, filed this lawsuit on April 21, 2022,

18   against Defendants Fresno County Sheriff's Office, Fresno County Sheriff Margaret Mims, and

19   Fresno County Sheriff's Captain Ryan Hushaw. (ECF No. 1). The complaint alleges that

20   Defendants denied Plaintiff due process when he applied for a concealed carry license.

21          On June 2, 2022, Defendants filed a motion to dismiss Plaintiff's complaint for

22   insufficient service of process and failure to state a claim for which relief can be granted. (ECF

23   No. 5). On June 28, 2022, Plaintiff moved to continue the hearing on the motion to dismiss

24   (although then presiding District Judge Dale A. Drozd had advised the parties that no hearing

25   would be held) stating that Plaintiff intended to obtain counsel. (ECF Nos. 6, 9).

26          The motion to dismiss was referred to the undersigned on September 12, 2022. (ECF No.

27   13). On September 14, 2022, the Court directed the parties to file a joint status report addressing

28   the following issues:

                                                    1

a. Whether the parties have been able to resolve any more issues in this case that would affect the Court's review of the pending motion to dismiss.

b. Whether the Court should order briefing on the applicability of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) to this case.

c. Whether Plaintiff still intends to obtain counsel, and if so, when Plaintiff anticipates doing so.

d. And, if Defendants intend to proceed on the pending motion to dismiss, the parties shall propose a briefing schedule for Plaintiff's opposition brief and Defendants' reply, if any.

On October 13, 2022, the parties filed a joint status report, stating as follows:

a. They have been unable to resolve any additional issues.

b. They want additional briefing ordered on the applicability of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), although neither party believes it will affect the outcome of this case.

c. Plaintiff does not intend to seek counsel.

d. Defendants shall file a supplemental brief addressing the impact of *New York State Rifle & Pistol Ass'n v. Bruen* on or before October 28, 2022. Plaintiff shall file an opposition, if any, on or before November 11, 2022. And Defendants do not anticipate filing a reply.

(ECF No. 17).

In light of the parties' joint status report, IT IS ORDERED as follows:

1. Defendants shall file a supplemental brief addressing the impact of *New York State Rifle & Pistol Ass'n v. Bruen* by no later than October 28, 2022.

2. Plaintiff shall file an opposition brief addressing the arguments in Defendants' motion to dismiss and the impact of *New York State Rifle & Pistol Ass'n v. Bruen* by no later than November 11, 2022. Plaintiff is advised that "[a] failure to file a timely opposition may also be construed by the Court as a nonopposition to the motion," Local Rule 230(c), and that a failure to comply with the Local Rules or a court order may be grounds for sanctions, including the dismissal of this case, Local Rule 110.

3. While Defendants do not anticipate filing a reply, the Court sets a deadline of November 21, 2022, for them to do so should they believe one is warranted.

4.  Plaintiff's motion to continue the hearing date (ECF No. 9) on the motion to dismiss is denied as moot.

5.  If the Court concludes that a hearing is warranted, it will set one. Otherwise, the Court will issue findings and recommendations based on the arguments in the parties' briefs.

IT IS SO ORDERED.

Dated:   **October 14, 2022**                     /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE