Case 1:22-cv-00475-ADA-EPG Document 20 Filed 11/10/22

DANIEL C. CEDERBORG County Counsel – State Bar No. 124260

CAVAN M. COX II Deputy County Counsel – State Bar No. 266793

FRESNO COUNTY COUNSEL 2220 Tulare Street, 5th Floor, Fresno, California 93721

Telephone: (559) 600-3479 Facsimile: (559) 600-3480

Email: cacox@fresnocountyca.gov

Attorneys for Defendants,

Fresno County Sheriff's Office, Fresno County Sheriff Margaret Mims, and

Fresno County Sheriff's Captain Ryan Hushaw

FILED

NOV 10 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL GENE MCKINNEY,

PLAINTIFF PRO SE **V.**

FRESNO COUNTY SHERIFF'S OFFICE,

FRESNO COUNTY SHERIFF MARGARET MIMS,

and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW

Defendants.

PLAINTIFFS' SUPPLEMENTAL BRIEF ON NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC. V. BRUEN

## I. INTRODUCTION INFORMATION

The plaintiff believes that Bruin does not affect the defendant's motion to dismiss filed June 3, 2022. ECF 5, 7.

The plaintiff believes the State of California should and does implement a permit requirement for a citizen to carry a firearm outside their home as well as outside the boundary of their property. The plaintiff does not believe that Bruen effects the State of California or the County of Fresno's authority to implement a process for issuing permits to carry concealed weapons. Bruen only prohibits the government from violating the constitutionally guaranteed right to bear arms by requiring them to demonstrate any need other than for self-defense.

## II. FACTUAL AND PROCEDURAL HISTORY

In 2018, McKinney applied for a CCW permit, but his application was denied. The reasons cited for the denial were criminal history and psychiatric profile. (ECF No. 1.) McKinney did not appeal this decision.

On or about September 30, 2021, McKinney applied for a CCW again.

Without regard for HIPPA the CCW investigator required a letter from McKinney's HMO regarding his diagnosis and medications. McKinney acquired and forwarded a letter from Dr. Patel.

On November 3, 2021, McKinney received this email; 11/03/2021 06:40 AM: auto@permitium.com Subject: Additional Documentation Required, ORDER NUMBER:

Case 1:22-cv-00475-ADA-EPG Document 20 Filed 11/10/22

C6R3NCVUG Please do not respond to this email as this address is not checked. Your application for a concealed handgun permit cannot be approved without additional information. This request is routine.

MR. MCKINNEY RECEIVED LETTER FROM DR. PATEL, THAT LETTER STATES RESPOND WELL WITH TREATMENT. LETTER NEED TO READ YOUR MEDICATION WILL NOT INERFERE WITH YOUR JUDGEMENT AND USE OF CARRYING A CONCEALED WEAPON. PLEASE HAVE LETTER RE-DONE WITHIN 30 DAYS. THANK YOU. Once we receive the above-requested information, we will resume with the processing of your application. You can upload requested documents using the Order Tracker: https://fresnoso.permitium.com/order_tracker

In a subsequent telephone conversation with the CCW unit McKinney advised that Dr. Patel would not write the letter requested but advised McKinney he shares a diagnosis and medication with many employees of the Fresno Sheriff's Office, active-duty military personnel and the public.

On January 10, 2022, McKinney received this email' 01/10/2022 07:35 PM

CC: auto@permitium.com Subject: Your Permit Application Has Been Denied

Jan 10, 2022, ORDER NUMBER: C6R3NCVUG This letter is to advise you that your application for issue/renewal of a concealed handgun permit has been denied.

Your application for a concealed handgun permit has been 'denied' for the following reasons: Criminal History §26150 PC Moral Character §26150(a)(1) PC

You may appeal this denial by filing a written petition with the Administrative Captain of the Fresno County Sheriff's Office at the Fresno County Sheriff's Office, 770 E. Shaw Ave., Suite 300, Fresno, CA 93710. Your processing and convenience fees are not refundable. .)

On January 11, 2022, McKinney mailed the following to the Administrative of the CCW unit: Hello, consider this formal written request to open the appeal process related to denial of concealed carry permit on ORDER NUMBER: C6R3NCVUG.

On February 17, 2022 McKinney received this email; 02/17/2022 09:38 AM To: lawnman@psnw.com CC: auto@permitium.com Subject: Additional Documentation Required Feb 17, 2022, ORDER NUMBER: C6R3NCVUG Please do not respond to this email as this address is not checked. Your application for a concealed handgun permit cannot be approved without additional information. This request is routine. Your appeal was not upheld. Therefore, you will not be receiving a CCW at this time. If you want to reapply in two years, we will reevaluate your standing at that time. Once we receive the requested information above, we will resume the processing of your application. You can upload requested documents using the Order Tracker.

On February 17. 2022 McKinney received a second email; 02/17/2022 09:41 AM

To: lawnman@psnw.com CC: auto@permitium.com

Subject: Your Permit Application Has Been Denied ORDER NUMBER: C6R3NCVUG this letter is to advise you that your application for issue/renewal of a concealed handgun permit has been denied. Your application for a concealed handgun permit has been 'denied' for the following reasons: Withheld/False Info on Application §26180, PC Criminal

History §26150. You may appeal this denial by filing a written petition with the Administrative Captain of the Fresno County Sheriff's Office at the Fresno County Sheriff's Office, 770 E. Shaw Ave., Suite 300, Fresno, CA 93710. Your processing and convenience fees are not refundable.

On February 22, 2022, McKinney mailed this to the CCW unit, PETITION FOR APPEAL Hello, this is a formal written request to open the appeal process related to denial of appeal of CCW permit Order Number C6R3NCVUG, received in an email delivered on February 17th, 2022. The instruction in that denial states: "You may appeal this denial by filing a written petition with the Administrative Captain of the Fresno County Sheriff's Office at the Fresno County Sheriff's Office, 770 E. Shaw Ave., Suite 300, Fresno, CA 93710. Your processing and convenience fees are not refundable." The appellant wishes to verify the accuracy of records referred to as a basis of the denial for the following reasons: Criminal History §26150 PC Moral Character §26150(a)(1)

Please forward copies of the criminal records reviewed and referred to as the basis of denial. Further, please be specific as to the information interpreted as withheld or falsely reported on the application for a concealed weapon permit referred to as; Withheld/False Info on Application §26180. Mail these records and information to: Michael Gene McKinney, 4397 N Valentine Avenue, Fresno, CA 93722. The appellant looks forward to culmination of this process leading to exercise of his constitutionally guaranteed right.

In late March 2022, a person claiming to be an employee of the CCW unit called McKinney and informed him that his appeal had been denied. (ECF No. 1.) McKinney told the person

calling that the phone call was not acceptable and that he expected to receive a formal written denial of the appeal.

On April 8, 2022, McKinney mailed this letter to the Administrative Captain at the CCW unit; April 8, 2022, Sir: Regarding Order Number C6R3NCVUG

I have spent hours in conversations relating to my applications for a permit to carry a concealed weapon, denials of the applications, also discussing the denial of my appeal. These conversations were with Lt. Brent Stalker, Lt. Adam Esmay and Lt. Ryan Stevens. I have yet to receive any communication from the administrative captain responsible for handling my appeal and responding to my requests for information necessary to verify the accuracy of records referred to as a basis of the denial for the following reasons: Criminal History §26150 PC Moral Character §26150(a)(1). It is my responsibility to diligently pursue attainment of a formal written denial of my appeal from the administrative captain prior to seeking further due process. Phone calls or emails from other parties or the administrative captain will not suffice.

April 21, 2022, McKinney filed 1:22-CV-00475

III. DEFENDANTS ARGUMENTS FOR DISMISSAL

A. McKinney alleges that he applied for a permit to carry a concealed weapon in Fresno County. According to McKinney, the Fresno County Sheriff denied his application, permitted him to appeal the decision, and then denied his appeal without allowing him sufficient opportunity to participate in the process. Dissatisfied with the Sheriff's appellate procedures, McKinney filed suit in federal court. Case 1:22-cv-00475-

He complains only that the Sheriff's appeal procedure is unfair, and he is unhappy with the results after appealing several times. McKinney was never entitled to an appeal anyway.

B. McKinney does not assert that he has any liberty or property interest in receiving a CCW permit, or even that he has unilateral expectation of receiving one. Case 1:22-cv-00475-ADA-EPG Document 5 Filed 06/02/22 Page 3 of 14 line 19. Defendants further says, "McKinney has not alleged that he meets the minimum requirements that California law requires for the issuance of a CCW". Cal. P. C., 26150.

C. Because the United States Constitution does not require the Fresno County Sheriff to have any specific, internal, administrative appeal process, or even that there be an appeal process in the issuance of CCW permits, the complaint still fails to state claim for which relief can be granted.

## IV. PLAINTIFF'S ARGUMENTS

A. Counsel for the defendants suggests the plaintiff is dissatisfied or unhappy with the defendant's appellate procedures, when the complaint alleges no CCW appeals process exist or if there is one it was unavailable to McKinney. Whether Federal or State law requires the Fresno County Sheriff's Office to allow an appeal to a CCW denial is the essence of the complaint.

B. The plaintiff would not have invested time and money applying twice, taking training required twice, proving proficiency with his firearm twice, undergoing the interview and subjecting himself to the background investigation twice if he did not have a reasonable expectation of receiving the permit required to conceal carry.

C. "The touchstone of due process is protection of the individual against arbitrary action of government." Wolff v. McDonnell (1974) 418 U.S. 539, 558; County of Sacramento v. Lewis (1998) 523 U.S. 833, 845. Generally, there are two recognized forms of due process: procedural and substantive. Procedural due process "requires a state to employ fair procedures when depriving a person of a protected interest." Bauer v. Summey (D.S.C. 2021) 568 F.Supp.3d 573, 586; see City of Sacramento v. Lewis, supra, 523 U.S. at pp. 845–46 (1998).

## V. Conclusion

The Fresno County Sheriff's office did not employ fair procedure in denying the plaintiff's application for a CCW. The Administrative Captain of the CCW Unit at the time of the first application had a grudge against McKinney. McKinney must be granted opportunity to present rebuttal evidence, testimony, and witnesses to prove he does not suffer psychiatric instability, is not prone to criminal behavior, or he lacks good moral character. The defendants are required provide evidence and testimony that show its procedure were fair as required by Bauer v. Summey (D.S.C. 2021) 568 F.Supp.3d 573, 586; see City of Sacramento v. Lewis, supra, 523 U.S. at pp. 845–46 (1998)

The plaintiff argues that should the court grant the motion to dismiss it would throw the baby (right to due process) out the window with the defendant's dirty bath water.

The plaintiff requests that if the court grants the defendants motion to dismiss it do so without prejudice.

Dated: November 10, 2022

Respectfully submitted,

Michael Gene McKinney

Plaintiff

Pro Se