(Sample Proof of Service – To Be Attached to All Documents Submitted to the Court)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

NOV 22 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MICHAEL GENE MCKINNEY

v.

F.C.S.O. & Margaret Mims,

AND CAPTAIN RYAN HUSHAW

Case Number: 1:22-CV-00475 ADA-EPG

PROOF OF SERVICE
BY MAIL

I hereby certify that on __November 18th 2022__, I served a copy of the attached __PLAINTIFF'S BRIEF ON BRUEN__, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at __Mng. HUGHES STATION, FRESNO__:

(List Name and Address of Each Defendant or Attorney Served)

CAVEN M. COX II
2220 TULARE STREET, 5th Floor
FRESNO CA 93721

I declare under penalty of perjury that the foregoing is true and correct.

_Rachelle Young_

(Name of Person Completing Service)