MICHAEL GENE MCKINNEY

PRO SE

PLAINTIFF

FILED

JAN 18 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VS.

DANIEL C. CEDERBORG County Counsel – State Bar No. 124260 CAVAN M. COX II Deputy County Counsel – State Bar No. 266793

FRESNO COUNTY COUNSEL 2220 Tulare Street, 5th Floor, Fresno, California 93721 Telephone: (559) 600-3479   Facsimile: (559) 600-3480

Email: cacox@fresnocountyca.gov Attorneys for

Defendants,

FRESNO COUNTY SHERIFF'S OFFICE;

and

FRESNO COUNTY SHERIFF MARGARET MIMS;

and

FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW

Case No.:

1:22-CV-00475 -ADA-EPG

PLANTIFF'S RESPONCE TO DEFENDANT'S OBJECTION TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANT'S MOTION TO DISMISS

PLANTIFF'S RESPONCE TO DEFENDANT'S OBJECTION TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANT'S MOTION TO DISMISS    - 1

NO. 1:22-CV-00475 ADA-EPG Document 24 Filed 01/04/23

I.     LEGAL PRINCIPLES RELATED TO PROCEDURAL DUE PROCESS

The complaint is the defendants denied the plaintiff enjoying a full range of conduct which individuals are free to pursue therefore creating a liberty interest.

McKinney made a claim of entitlement when he submitted to a process he expected to result in his enjoyment of permission to legally carry a firearm.

The complaint alleges that there was an erroneous deprivation of such interests because of the defendants flawed decisions.

The defendants request the court protect their interest, including functional procedures and not to apply fiscal and administrative burdens that additional or substitute procedural requirement of an appeal process would entail, however, "the fact that a given law or procedure is efficient, convenient, and useful in facilitating functions of government, standing alone, will not save it if it is contrary to the Constitution. Convenience and efficiency are not the primary objective-or hallmarks-of democratic government…" Immigration and Naturalization Service v Chadha 462 US 919

II.     THE INTEREST AT STAKE IS THE RIGHT TO BEAR ARMS, NOT THE RIGHT TO APPEAL

The plaintiff seeks his right to bear arms by any means available and suggests that a fair and impartial appeals process is one means to reverse inappropriate action by defendants who believe they have supreme right to approve or deny the plaintiffs right to bear arms.

McKinney was led to believe that he had a right to appeal and understanding the hallmarks of the appeal process, expected that a legitimate appeal process would result in his being issued a CCW permit.

PLANTIFF'S RESPONCE TO DEFENDANT'S OBJECTION TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANT'S MOTION TO DISMISS    - 2

NO. 1:22-CV-00475 ADA-EPG Document 24 Filed 01/04/23

III. THE COMPLAINTANT DOES DEMONSTRATE A LEGITIMATE CLAIM OF ENTITLEMENT TO PUBLICLY BEAR ARMS

Council for the defendants states "A California CCW has four requirements: (1) good moral character; (2) good cause; (3) residency or employment in the issuing county; and (4) completion of a training course." and stipulates # 2 is moot due to Bruen, and # 3 and # 4 are indisputable. A review of the record reveals the defendants looked far and wide to locate conclusions for denial of both CCW applications and request for appeal submitted by McKinney who believes he meets the four requirements of the law.

If the court will not come to McKinney's aide, who can?

Respectfully submitted January 4, 2023

*Michael Gene McKinney*   Verified by pdfFiller 01/04/2023

Michael Gene McKinney

Plaintiff

Pro Se

PLANTIFF'S RESPONCE TO DEFENDANT'S OBJECTION TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANT'S MOTION TO DISMISS    - 3

I, Armando Huerta, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am a resident of Fresno County, employed at Mow-N-Edge Corporation, 4397 N Valentine Avenue, Fresno, CA 93722

On January 4, 2023, I served a copy of the within:

PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTION TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANT'S MOTION TO DISMISS

on the interested parties in said action addressed as follows:

DANIEL C. CEDERBORG
County Counsel – State Bar No. 124260
CAVAN M. COX II
Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721

by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with USPS ordinary practice for collection and processing of mail addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 4, 2023, at Fresno, California.

Armando Huerta

*[signature]*

PLANTIFF'S RESPONCE TO DEFENDANT'S OBJECTION TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANT'S MOTION TO DISMISS      4