DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>          Petitioner,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and<br>FRESNO COUNTY SHERIFF MARGARET MIMS; and<br>FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW<br><br>          Defendants. | Case No. 1:22-cv-00475 ADA-EPG<br><br>**ANSWER TO THE COMPLAINT**<br><br>*Jury Trial Demanded* |

      Defendants Fresno County Sheriff's Office (the Sheriff), former Fresno County Sheriff Margaret Mims (Mims) and Fresno County Sheriff's Captain Ryan Hushaw (Hushaw) (collectively "Defendants") hereby answer the complaint of plaintiff Michael Gene McKinney (McKinney) as follows:

      1.      Defendants have insufficient information and belief to admit or deny McKinney's

residence, but do not dispute McKinney's residence and on that basis admit the allegations of paragraph 1.

2.   Defendants' residency is not relevant to the instant proceeding, and on that basis Defendants decline to respond to the allegations of paragraph 2.

3.   Defendants deny they violated McKinney's "Constitutional right to Due Process." Defendants admit McKinney was told he could appeal the denial of his application to carry a concealed weapon ("CCW Permit") and that he asked to open the appeal process. Defendants admit McKinney was not permitted to offer rebuttal testimony during the appeal of the denial of his CCW Permit, but otherwise deny all remaining allegations in paragraph 3.

4.   Defendants admit McKinney applied to the Fresno County Sheriff for a CCW Permit in 2018. Defendants admit that McKinney's 2018 application for a CCW Permit was denied, and that the reasons provided to McKinney included his criminal record and "psychiatric profile," to the extent "psychiatric profile" is a general, lay expression broadly describing mental health concerns. Defendants admit McKinney did not appeal the 2018 denial. Defendants admit McKinney applied for a CCW Permit on or about 9/30/2021, and that the application was denied. Defendants admit that the reasons provided for the denial included criminal history and moral character, pursuant to California Penal Codes section 26150. Defendants admit McKinney appealed the denial of his 2021 CCW Permit, and that the Sheriff denied McKinney's appeal and upheld its original decision to deny McKinney a CCW Permit. Defendants admit that the reasons for denying McKinney's CCW Permit, and his subsequent appeal included that he withheld and/or submitted false information in support of his application and his criminal history. Except as expressly admitted, Defendants deny all other allegations of paragraph 3 of the Complaint.

5.   Defendants deny the allegations of paragraph 5 of the Complaint and deny that McKinney is entitled relief as demanded, or any relief.

6.   Defendants further allege that any authority they have to issue CCW Permits derives from the laws of State of California. The California Legislature is currently in the process of passing new regulations (as of the date of this Answer, known as Assembly Bill No.

2
ANSWER TO THE COMPLAINT
Case No. 1:22-CV-00475 ADA-EPG

28 and Senate Bill No. 2) regulating the circumstances under which individuals may be issued a CCW.  Depending on whether and what new laws California enacts about the issuance of CCW Permits, Defendants' authority to issue CCW Permits or regulate the appeals process for such permits will be correspondingly limited.

### General Denial

Defendants deny any and all allegations in the Complaint not specifically admitted. Defendants reserve the right to amend this Answer, as permitted by law, including to set forth further affirmative defenses or matters constituting avoidance.

Defendants allege the following affirmative defenses:

**FOR A FIRST AFFIRMATIVE DEFENSE** the Complaint fails to state a claim for injunctive relief, fails to state a claim for damages, and fails to plead facts sufficient to support any claim for which relief can be granted.

**FOR A SECOND SEPARATE AFFIRMATIVE DEFENSE** McKinney was not deprived, in whole or part, of any right, privilege or immunity guaranteed by the Constitution or Laws of the United States by Defendants.  Further, Defendants have not adopted or followed any policy or custom which has, or would, deprive McKinney of such rights.

**FOR A THIRD SEPARATE AFFIRMATIVE DEFENSE** Defendants allege they have no legal power or authority to issue McKinney a CCW Permit except as permitted and delegated to them by California law.

**FOR A FOURTH SEPARATE AFFIRMATIVE DEFENSE** Defendants assert they are protected by absolute and/or qualified immunity.

**FOR A FIFTH SEPARATE AFFIRMATIVE DEFENSE** Defendants allege that McKinney failed to properly exhaust all administrative remedies prior to filing this action.

**FOR A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE** Defendants allege that Margaret Mims has retired as Sheriff of the County of Fresno, and no longer has legal authority to issue CCW Permits or implement policies or procedures.  Ryan Hushaw only has such authority as is delegated to him by the Sheriff of the County of Fresno.  As of the date this Answer is filed, John Zanoni is the Sheriff of the County of Fresno.

**WHEREFORE**, Defendants pray that Plaintiff take nothing by way of his complaint, that the Complaint be dismissed with prejudice, and that judgment be entered in favor of the Defendants, together with costs of the suit and such further relief as the Court deems appropriate.

Dated: June 21, 2023              Respectfully submitted,

DANIEL C. CEDERBORG
County Counsel

By: /s/ Cavan M. Cox II
_____
Cavan M. Cox II, Deputy County Counsel
Attorneys for Defendants,
Fresno County Sheriff's Office
Fresno County Sheriff Margaret Mims
Fresno County Sheriff's Captain Ryan Hushaw

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 21, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through its CM/ECF system, which automatically transmits notifications to, and effects service upon, all counsel subscribed to receive notice of filings in this action.

By:

_____
Vincent Soliz, Paralegal

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Vincent Soliz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On June 21, 2023, I served a copy of the within:

**ANSWER TO THE COMPLAINT**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

**X**  by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 21, 2023, at Fresno, California.

Vincent Soliz, Paralegal