DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>Petitioner,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW<br><br>Defendants. | Case No. 1:22-cv-00475 ADA-EPG<br><br>**JOINT REQUEST TO EXTEND RULE 41 NOTICE DEADLINE**<br><br>Date: September 29, 2023<br>Judge: Hon. Erica P. Grosjean |

On September 8, 2023, Plaintiff Michael G. McKinney (McKinney) and Defendant Fresno County Sheriff's Office (Defendant) appeared before Magistrate Judge Helena Barch-Kuchta for a confidential mediation. At that mediation, the Parties reached an agreement in principle to settle their current litigation, which was placed upon the record. Judge Barch-Kuchta ordered the Parties to file a Rule 41 Notice along with the final terms of their settlement within 21 days.

(ECF No. 35.)

Defendants emailed Plaintiff a draft proposal containing final settlement terms on September 21, 2023, however the Parties have not yet been able to agree on specific terms. On September 29, 2023, Plaintiff emailed Defendants and the Court's clerk with the following request:

> "Please, if it is possible, Michael McKinney requests to extend until October 11 the time to file a response to defendants settlement offer dated September 21. Personal and professional obligations have prevented time to digest and respond to the offer presented. Michael McKinney."

Defendants join in Plaintiff's request and ask that the Court extend the deadline to file a rule 41 notice to October 11, 2023.

Dated: September 21, 2023                    Respectfully submitted,

DANIEL C. CEDERBORG
County Counsel

By:  /s/ Cavan M. Cox II
_____
Cavan M. Cox II, Deputy County Counsel
Attorneys for Defendants,
Fresno County Sheriff's Office
Fresno County Sheriff Margaret Mims
Fresno County Sheriff's Captain Ryan Hushaw