DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California   93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GENE MCKINNEY, <br><br> Petitioner, <br><br> v. <br><br> FRESNO COUNTY SHERIFF'S OFFICE; and FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW <br><br> Defendants. | Case No. 1:22-cv-00475 ADA-EPG <br><br> **DEFENSE REQUEST TO EXTEND RULE 41 NOTICE DEADLINE** <br><br> Date:   October 11, 2023 <br> Judge:  Hon. Erica P. Grosjean |

On September 8, 2023, Plaintiff Michael G. McKinney (McKinney) and Defendant Fresno County Sheriff's Office (Defendant) appeared before Magistrate Judge Helena Barch-Kuchta for a confidential mediation and reached an agreement in principle.  Judge Barch-Kuchta ordered the Parties to file a Rule 41 Notice along with the final terms of their settlement within 21 days. (ECF No. 35.)  On September 29, 2023, Judge Barch-Kuchta granted a joint request to extend

that deadline to October 11, 2023.  (ECF No. 37.)  Defendants now request a second extension to October 25, 2023.

On September 21, 2023, Defense counsel emailed Plaintiff a draft proposal describing a process through which Plaintiff could appeal the denial of his CCW permit application in exchange for a dismissal of the current case.  Plaintiff responded to that proposal with a phone call on Monday, September 25, 2023, and the Parties discussed the submitted proposal and potential other resolutions.  The Parties subsequently exchanged several additional emails regarding settlement.  On October 6, 2023, Defendants emailed a revised proposal to Plaintiff.  On October 11, 2023, Plaintiff called Defense counsel and discussed the revised proposal.  The Parties discussed whether there was still a reasonable probability of reaching a more detailed formal agreement consistent with the agreement in principle stated on the record.  The Parties also discussed seeking an additional extension.  The Parties agreed that it was reasonably probable they would reach a complete and mutually acceptable agreement.  Because Defense counsel has access to electronic filing and Plaintiff does not, the Parties agreed that Defendants would file a request for a second extension.

For the foregoing reason, Defendants request that the court extend the current October 11, 2023, deadline by the which the Parties were to have filed a Rule 41 Notice to October 25, 2023.

Dated: October 11, 2023                Respectfully submitted,

                                              DANIEL C. CEDERBORG
                                              County Counsel

                                              /s/ Cavan M. Cox II
                            By:  _____
                                              Cavan M. Cox II, Deputy County Counsel
                                              Attorneys for Defendants

DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California   93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY, <br><br> Plaintiff, <br><br> v. <br><br> FRESNO COUNTY SHERIFF'S OFFICE; FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW <br><br> Defendants. | Case No. 1:22-CV-00475 ADA-EPG <br><br> **PROOF OF SERVICE BY UNITED STATES MAIL** |

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Cavan M. Cox, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On October 11, 2023, I served a copy of the within:

**DEFENDANTS REQUEST TO EXTEND RULE 41 NOTICE DEADLINE**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

**X**   by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 13, 2023, at Fresno, California.

/s/ Cavan M. Cox II

Cavan M. Cox II
Deputy County Counsel