DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California   93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>Petitioner,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW<br><br>Defendants. | Case No. 1:22-cv-00475 ADA-EPG<br><br>**DEFENDANTS STATUS REPORT REGARDING SETTLEMENT**<br><br>Date:    October 26, 2023<br>Judge:  Hon. Erica P. Grosjean |

On September 8, 2023, Plaintiff Michael G. McKinney (McKinney) and Defendant Fresno County Sheriff's Office (Defendant) appeared before Magistrate Judge Helena Barch-Kuchta for a confidential mediation and reached an agreement in principle.  Judge Barch-Kuchta ordered the Parties to file a Rule 41 Notice along with the final terms of their settlement within 21 days. (ECF No. 35.)  On September 29, 2023, Judge Barch-Kuchta granted a joint request to extend

1

that deadline to October 11, 2023.  (ECF No. 37.)  On October 11, 2023, Judge Barch-Kuchta granted Defendants' request for second extension to October 25, 2023.  (ECF No. 39.)

Defendants have submitted multiple versions of a proposed settlement procedure to McKinney, most recently on October 19, 2023, but McKinney has not agreed to any of the proposed final terms, or proposed alternative terms, and has not responded to written communication since October 11, 2023.  On October 25, 2023, Defendants emailed McKinney a formal written statement of the basis for denial of his CCW permit, with accompanying exhibits (which was the first step in the proposed appellate process) but received no response.

Because the Parties have not reached a formal written agreement and it does not appear the Parties are any closer to reaching one than they were on October 11, 2023, Defendants do not expect a final agreement will be reached even if a third extension of time were requested. Defendants intend to review their options and file an appropriate motion with the Court seeking to either enforce the September 8, 2023, agreement in principle, or resume litigation.

Dated: October 26, 2023							Respectfully submitted,

										DANIEL C. CEDERBORG
										County Counsel


										/s/ Cavan M. Cox II
							By:		_____
										Cavan M. Cox II, Deputy County Counsel
										Attorneys for Defendants

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Vincent Soliz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On October 26, 2023, I served a copy of the within:

**DEFENDANTS STATUS REPORT REGARDING SETTLEMENT**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

X     by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 26, 2023, at Fresno, California.

_____
Vincent Soliz
Litigation Paralegal