DANIEL C. CEDERBORG
County Counsel – State Bar No. 124260
CAVAN M. COX II
Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

FILED
OCT 25 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE, and FRESNO COUNTY SHERIFF MARGARET MIMS; and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW<br><br>　　　　Defendants. | Case No. 1:22-cv-00475 ADA-EPG<br><br>**INFORMATION SUBMITTAL**<br><br>**REQUEST FOR EXTENSION**<br><br>Date:　October 25, 2023<br><br>Judge:　Hon. Ana De Alba<br><br>Magistrate Judge: Erica P. Grosjean |

　　　In the pretrial questionnaire dated 8/31/2023 I stated the weakest part of my case is having to proceed pro se due to the inability to secure counsel. I am currently lawyered into a corner. I have been told by defense counsel that I agreed on the record to dismiss my case and I am bound by that agreement. Defense counsel shared with me the defendants have formulated a

course of action that is absolute and definite to result in a denial of my appeal regardless of proceedings or process.

I can pay for and have vigorously attempted to retain counsel. My search was without success. Concern of retaliation by the defendants may be a reason. Also, being denied a CCW permit twice in a county having a reputation for being liberal in dispensing CCW permits, begs a conclusion the evidence supporting reasons used in my denials have merit. The basis of my complaint is the defendants evidence and interpretations of materials used do not have merit. During conversations in the courtroom on September 8th, 2023, reference made to evidence used by the defendants investigators to determine that criminal record was a basis for denying my application proved to be inaccurate and misinterpreted.

I am aware when a person facing loss of civil liberty cannot afford a lawyer, representation is provided. In my case I can afford a lawyer but was unsuccessful in locating one locally who would take my case.

I have spoken with an experienced CCW attorney in Southern California. When I explained my predicament he advised me I would not be so bound if I had proper counsel representing me. Although he did not offer me an engagement letter and accept a retainer, I believe he will.

I beg the court extend proceedings related to 1:22-cv-00475 until November 29, 2023, to give me time to confer with and retain counsel.

Dated: October 25, 2023,                    Respectfully submitted,


                                            /s/ Michael G. McKinney
                                    By: _____
                                            Michael G. McKinney

2

INFORMATION AND REQUEST FOR EXTENSION
Case No. 1:22-CV-00475 ADA-EPG

PROOF OF SERVICE BY UNITED STATES MAIL

I, Rachelle Young Barragan, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at Mow-N-Edge Corporation, 4397 N. Valentine Avenue, Fresno, CA 93722.

On October 25, 2023, I served a copy of the within:

Plaintiffs INFORMATION SUBMITTAL AND REQUEST FOR EXTENSION

on the interested parties in said action addressed as follows:

CAVAN M. COX II

Deputy County Counsel – State Bar No. 266793

FRESNO COUNTY COUNSEL

2220 Tulare Street, 5th Floor

Fresno, California 93721

by placing the document(s) listed above for mailing in the United States mail at the post at Hughes and Dakota Avenues, Fresno, California, in accordance with ordinary practice for collection and processing of mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 25, 2023, at Fresno, California.

*[signature: Rachelle Young Barragan]*

Rachelle Young Barragan