Michael McKinney
4397 N Valentine Avenue
Fresno, CA  93722
559-201-3620
Mckinneym80@gmail.com

FILED

FEB 28 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

US DISTEICT COURT OF THE EASTERN CALIFORNIA

MICHAEL GENE MCKINNEY PRO SE

           Plaintiff,

vs.

DEFENDANT'S NAME,

    FRESNO COUNTY SHERIFF'S OFFICE

    MARGARET MIMS

    SHERIFF'S CAPTAIN RYAN HUSHAW

Case No.: 1:22-CV-00475

REQUEST FOR SCHEDULING ORDER FOR DISPOSITIVE MOTIONS   FEBRUARY 26, 2024

Attorney Name

DANIEL C. CEDERBORG  124260

Fresno County Counsel

CAVAN M. COX II   266793

Deputy County Council

2220 Tulare Street, 5th Floor

Fresno, CA   93721

559-600-3479

REQUEST FOR SCHEDULING ORDER FOR DISPOSITIVE MOTIONS   FEBRUARY 26, 2024 - 1

Counsel for the defendants has indicated that his clients believes there are grounds for and intend to file a motion to dismiss.

Pursuant to the Court's scheduling powers under Federal Rule of Civil Procedure 16(b)(3)(A), I respectfully request the Court enter a scheduling order establishing a deadline for the defendants to file any motions to dismiss or motions for summary judgment within 30 days.
Requiring the defendants to file dispositive motions in an expedited manner will avoid unnecessary delays and wasteful litigation costs, as the plaintiff should not have to engage in extensive discovery or identify witnesses if the case is subject to dismissal.

Thank you for your consideration of this request. I am happy to provide any additional information or answer any questions the Court may have.

Respectfully,



Michael McKinney   Pro Se

REQUEST FOR SCHEDULING ORDER FOR DISPOSITIVE MOTIONS   FEBRUARY 26, 2024 - 2