# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL GENE MCKINNEY,** | NO. **1:22−CV−00475−KES−EPG** |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| v. | |
| **FRESNO COUNTY SHERIFF'S OFFICE, ET AL.,** | |
| Defendant. | |

The court, having considered the appointment of **District Judge Kirk E. Sherriff**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **No District Court Judge (NODJ)** to **District Judge Kirk E. Sherriff** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:    **1:22−CV−00475−KES−EPG**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:   March 14, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE