1  DANIEL C. CEDERBORG
    County Counsel – State Bar No. 124260
2  CAVAN M. COX II
    Deputy County Counsel – State Bar No. 266793
3  FRESNO COUNTY COUNSEL
4  2220 Tulare Street, 5th Floor
   Fresno, California   93721
5  Telephone: (559) 600-3479
   Facsimile: (559) 600-3480
6  Email: cacox@fresnocountyca.gov

7
   Attorneys for Defendants,
8  Fresno County Sheriff's Office,
   Fresno County Sheriff Margaret Mims, and
9  Fresno County Sheriff's Captain Ryan Hushaw

10

11              **IN THE UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14

   MICHAEL GENE MCKINNEY,              Case No. 1:22-cv-00475 KES-EPG
15
                  Petitioner,
16                                      **JOINT STATUS REPORT**

17        v.
                                        Date:   August 12, 2024
18  FRESNO COUNTY SHERIFF'S OFFICE;     Time:   11:00a.m.
    and FRESNO COUNTY SHERIFF          Crtrm:  10
19  MARGARET MIMS; and FRESN COUNTY     Judge: Hon. Erica P. Grosjean
    SHERIFF'S CAPTAIN RYAN HUSHAW
20
21                Defendants.

22

23

24        On January 22, 2024, following an unsuccessful mediation attempt by the parties, this

25  Court set a status conference for August 12, 2024, and directed the Parties to file a joint status

26  report one full week prior.  (ECF No. 47.)  This joint status report is in response to that direction.

27  //

28  //

                                        1
                              JOINT STATUS REPORT
                         Case No. 1:22-CV-00475 KES-EPG

**Summary of relevant procedural history:**

On April 21, 2022, plaintiff Michael Gene McKinney (Plaintiff) filed the complaint initiating this case. ECF No. 1. Defendants moved to dismiss the complaint, and on June 7, 2023, the Court denied that motion. ECF No. 25. Defendants filed an answer and the Court set a scheduling conference for August 15, 2023. ECF No. 28. At that conference, the Parties indicated that settlement discussions might benefit from the participation of a Magistrate Judge acting as mediator, and the Court set a Settlement Conference for September 8, 2023. ECF No. 32. The parties attended that settlement conference before Magistrate Judge Helena M. Barch-Kuchta, and reached a settlement agreement in principle, with direction to finalize terms. ECF No. 35. The Parties were unable to reach final terms. ECF No. 42, 44.

The Court set a status conference for January 18, 2024, and at that conference issued s scheduling order setting forth case management dates relayed to discovery, motions, experts, and trial. ECF No. 47. Finally, on March 14, 2024, the case was reassigned to Judge Kirk E. Sherriff. ECF No. 50.

**Settlement negotiations:**

The Parties have exchanged periodic emails and engaged in phone discussions but remain at an impasse regarding settlement. The Parties do not believe a Mandatory Settlement Conference with a Magistrate Judge would be beneficial at this time.


**Discovery Disputes:**

The Parties do not have any current discovery disputes. Plaintiff intends to take the deposition of several people from the Sheriff's Office. Defendants anticipate there could be a disagreement about the scope of depositions, but no disagreement has yet occurred.

Defendants do not anticipate any expert discovery or expert witnesses, unless needed for rebuttal.

//

//

//

JOINT STATUS REPORT
Case No. 1:22-CV-00475 KES-EPG

**Other issues:**

Defendants believe that the claims raised in the Complaint are moot, because California has enacted a new statutory scheme for the issuance of CCW permits.  Plaintiff does not agree. Defendants intend to file a motion for judgment on the pleadings with points and authorities setting forth that position on or before the Dispositive Motion Deadline of February 3, 2025.

Dated: August 5, 2024                    Respectfully submitted,

                                                      DANIEL C. CEDERBORG
                                                      County Counsel


                                                      /s/ Cavan M. Cox II
                                         By:    _____
                                                      Cavan M. Cox II, Deputy County Counsel
                                                      Attorneys for Defendants,
                                                      Fresno County Sheriff's Office
                                                      Fresno County Sheriff Margaret Mims
                                                      Fresno County Sheriff's Captain Ryan Hushaw

                                                      MICHAEL GENE MCKINNEY

                                                      /s/ Michael Gene McKinney
                                         By:    _____
                                                      Plaintiff, Pro Se

JOINT STATUS REPORT
Case No. 1:22-CV-00475 KES-EPG

1

**<u>PROOF OF SERVICE BY UNITED STATES MAIL</u>**

2

I, Vincent Soliz, declare as follows:

3

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

4

5

On August 5, 2024, I served a copy of the within:

6

**JOINT STATUS REPORT**

7

on the interested parties in said action addressed as follows:

8

9

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

10

11

**X**    by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

12

13

14

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 5, 2024, at Fresno, California.

15

16

17

18

Vincent Soliz
Litigation Paralegal

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT
Case No. 1:22-CV-00475 KES-EPG