DANIEL C. CEDERBORG
 County Counsel – State Bar No. 124260
CAVAN M. COX II
 Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and; FRESNO COUNTY SHERIFF MARGARET MIMS; and; FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW,<br><br>Defendants. | Case No. 1:22-cv-00475 KES-EPG<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 25, 2-25<br>Time: 10:00a.m.<br>Court: Room 10, 6th Floor<br><br>Judge: Hon. Kirk E. Sheriff<br><br>(Magistrate Judge: Hon. Erica P. Grosjean) |

**PLEASE TAKE NOTICE** that Defendants Fresno County Sheriff's Office, Margaret Mims, and Ryan Hushaw hereby move for summary judgment on Plaintiff's claims.

Opposition to the granting of this motion should be served and filed by the responding party not more than thirty (30) days after the date of service of the motion. Failure of the responding party to file an opposition or a statement of no opposition may be deemed a waiver of

1
NOTICE OF MOTION FOR SUMMARY JUDGMENT Case No. 1:22-cv-00475 KES-EPG

any opposition to the granting of the motion and may result in the imposition of sanctions. This motion is based upon this Notice, the accompanying Rand Notice, the supporting Memorandum of Points and Authorities and Statement of Undisputed Facts, the declaration of Lt. James Dunn, and Defendants' requests for judicial notice (served concurrently herewith) of California Senate Bill 2 from the 2023-2024 legislative session, Fresno County Sheriff's Office Policy No. 207, and former California Penal Code section 26150, effective January 1, 2016 to December 31, 2023, all papers and pleadings in this matter, and such argument and additional evidence as may be presented at the hearing, should the Court determine a hearing is necessary.

Dated: January 29, 2025                    Respectfully submitted,

DANIEL C. CEDERBORG
County Counsel

                                   /s/ Cavan M. Cox II
                           By:    _____
                                   Cavan M. Cox II. Deputy County Counsel
                                   Attorneys for Defendants,
                                   Fresno County Sheriff's Office
                                   Fresno County Sheriff Margaret Mims
                                   Fresno County Sheriff's Captain Ryan Hushaw

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Vincent Soliz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On January 29, 2025, I served a copy of the within:

**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

**X**    by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 29, 2025, at Fresno, California.

Vincent Soliz
Litigation Paralegal

Certificate Of Service
Case No. 1:22-cv-00475 KES-EPG