DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and; FRESNO COUNTY SHERIFF MARGARET MIMS; and; FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00475 KES-EPG<br><br>**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　Defendants Fresno County Sheriff's Office (FSO), Margaret Mims, and Ryan Hushaw submit the following Statement of Undisputed Facts pursuant to Rule 206(a), Local Rules of the United States District Court, Eastern District of California.

1. In late 2021 Plaintiff Michael G. McKinney (Plaintiff) applied to the Fresno County Sheriff's Office (FSO) for a permit to carry a concealed weapon (CCW permit). **Complaint, ECF No. 1, ¶ 4; Dec. of Lt. Dunn, ¶ 7.**

2. In early 2022 FSO denied Plaintiff's CCW permit application. **Complaint, ECF No. 1, ¶ 4; Dec. of Lt. Dunn, ¶ 9-10.**

3. Plaintiff was told he could appeal the denial and Plaintiff did. Following the appeal FSO affirmed the denial of Plaintiff's CCW permit application. **Complaint, ECF No. 1, ¶ 4; Dec. of Lt. Dunn, ¶ 10.**

4. At the time of Plaintiff's CCW permit application, California law required a CCW applicant to demonstrate good cause and demonstrate good moral character in order to obtain a CCW permit. **Dec. of Lt. Dunn, ¶ 11; RJN Former § 26150.[1]**

6. Plaintiff's CCW application was denied because FSO determined that Plaintiff failed to demonstrate good moral character. **Dec. of Lt. Dunn, ¶ 11.**

7. Effective January 1, 2024, California repealed and replaced many of its statutes relating to CCW permits. As of January 1, 2024, California law no longer requires an applicant to demonstrate good cause or demonstrate good moral character in order to obtain a CCW permit. **RJN Former § 26150; § 26150.**

8. Effective November 12, 2024, FSO implemented a new CCW policy consistent with the new California laws. The new FSO policy does not require the applicant to demonstrate good moral character to obtain a CCW permit. **Dec. of Lt. Dunn, ¶ 14; RJN FSO Policy 207.**

9. FSO no longer has an administrative appeal process for the denial of CCW permit applications. Instead, applicants may seek review in the California Superior Court where the District Attorney bears the burden of proving by a preponderance of the evidence that the applicant is not qualified for a CCW permit. **Dec. of Lt. Dunn, ¶16, 17.**

10. Plaintiff can apply to FSO for a CCW permit at any time, subject to the same requirements as any other applicant. **Dec. of Lt. Dunn, ¶18, 19.**

---

[1] All statutory references are to the California Penal Code unless otherwise designated.

11. If Plaintiff applied for a CCW permit now, his application would be reviewed under the same standards as any other, as required by current California law and current FSO policy. **Dec. of Lt. Dunn, ¶18, 19.**

12. At all times relevant to Plaintiff's claim, both Margaret Mims and Ryan Hushaw were government officials. **Dec. of Lt. Dunn, ¶5, 7.**

Dated: January 29, 2025

Respectfully submitted,

DANIEL C. CEDERBORG
County Counsel

By:  /s/ Cavan M. Cox II
      _____
      Cavan M. Cox II, Deputy County Counsel
      Attorneys for Defendants

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Vincent Soliz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On January 29, 2025, I served a copy of the within:

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

**X**   by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 29, 2025, at Fresno, California.

_____
Vincent Soliz
Litigation Paralegal