DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>            Plaintiff,<br><br>     v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and; FRESNO COUNTY SHERIFF MARGARET MIMS; and; FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW,<br><br>            Defendants. | Case No. 1:22-cv-00475 KES-EPG<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION SUMMARY JUDGMENT**<br><br>Judge: Hon. Kirk E. Sheriff<br><br>(Magistrate Judge: Hon. Erica P. Grosjean) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Evidence, Rule 201, Defendants FRESNO COUNTY SHERIFF'S OFFICE, FRESNO COUNTY SHERIFF MARGARET MIMS, and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW (collectively "Defendants") respectfully request that this Court take judicial notice of the following adjudicative facts and exhibits in connection with their Motion for Summary

Judgment, filed herewith, and take judicial notice of the information contained in the exhibits attached hereto:

**Exhibit 1** is a true and correct copy of Fresno County Sheriff's Office Policy No. 207 – "License to Carry a Firearm." This document is also a public record may be viewed on the Fresno County Sheriff's website:

https://publicinfo.fresnosheriff.org/docs/DocView.aspx?id=11151&dbid=0&repo=SheriffPublic

This document is a proper subject for judicial notice pursuant to Federal Rules of Evidence, Rule 201(b)(1) and (2) because a court may also take judicial notice of "matters of public record." *Id.*, quoting *Mack v. S. Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986).

Dated: January 29, 2025               Respectfully submitted,

                                            DANIEL C. CEDERBORG
                                            County Counsel

                                            /s/ Cavan M. Cox II
                          By: _____
                                            Cavan M. Cox II, Deputy County Counsel
                                            Attorneys for Defendants

# EXHIBIT 1

# License to Carry a Firearm

### 207.1   PURPOSE AND SCOPE
The Sheriff is given the statutory discretion to issue a license to carry a firearm to residents within the community (Penal Code § 26150; Penal Code § 26155). This policy will provide a written process for the application and issuance of such licenses. Pursuant to Penal Code § 26160, this policy shall be made accessible to the public.

207.1.1   APPLICATION OF POLICY
Nothing in this policy shall preclude the Chief or other head of a municipal police office from entering into an agreement with the Sheriff of the county or preclude the Sheriff of the county from entering into an agreement with the Chief of any municipal police office to process all applications and license renewals for the carrying of concealed weapons (Penal Code § 26150; Penal Code § 26155).

### 207.2   POLICY
The Fresno County Sheriff's Office will fairly and impartially consider all applications to carry firearms in accordance with applicable law and this policy.

### 207.3   QUALIFIED APPLICANTS
In order to qualify for a license to carry a firearm, the applicant must meet certain requirements, including:

(a) Be a resident of, or work and spend a substantial amount of time in, the County of Fresno (Penal Code § 26150; Penal Code § 26155).

(b) Be at least 21 years of age (Penal Code § 29610).

(c) Fully complete an application that will include substantial personal information. Much of the information in the application may be subject to public access under the Public Records Act.

(d) Be free from criminal convictions that would disqualify the applicant from carrying a firearm. Fingerprints will be required and a complete criminal background check will be conducted.

(e) Not be a suspect in an active criminal court case.

(f) Pay all associated application fees. These fees are set by statute and may not be refunded if the application is denied.

(g) Provide proof of ownership of any firearm to be licensed.

(h) Be free from any psychological conditions that might make the applicant unsuitable for carrying a firearm (Penal Code § 26190).

(i) Complete required training (Penal Code § 26165).

**207.4  APPLICATION PROCESS**

The application process for a license to carry a firearm shall consist of two phases. Upon the completion of each phase, the applicant will advance to the next phase until the process is completed and the license is either issued or denied.

No person determined to fall within a prohibited class described within Penal Code § 26202, § 29800, Penal Code § 29900, Welfare and Institutions Code § 8100, or Welfare and Institutions Code § 8103 will be issued a license to carry a firearm. A license shall not be issued if the California Department of Justice (DOJ) determines that the applicant is prohibited by state or federal law from possessing, receiving, owning, or purchasing a firearm (Penal Code § 26195).

207.4.1  PHASE ONE (TO BE COMPLETED BY ALL APPLICANTS)

(a) Any individual applying for a license to carry a firearm shall first fully complete a California Department of Justice (DOJ) application online using the Permitium program, which will be signed electronically under penalty of perjury. Any applicant who provides false information or statements on the application will be removed from further consideration and may be prosecuted for a criminal offense (Penal Code § 26180).

   1. In the event of any discrepancies in the application or background investigation, the applicant may be required to undergo a polygraph examination, at the applicant's expense.

   2. If an incomplete application package is received, the Sheriff or authorized designee may do any of the following:

      (a) Require the applicant to complete the package before any further processing.

      (b) Advance the incomplete package to phase two for conditional processing pending completion of all mandatory conditions.

      (c) Issue a denial if the materials submitted at the time demonstrate that the applicant would not qualify for a license to carry a firearm even if the package was completed.

(b) Applicant fees shall be submitted online via the Permitium program and processed according to office-established procedures and Penal Code § 26190.

   1. Full payment of the remainder of the application fee will be required upon approval of the license prior to issuance.

   2. Payment of related fees may be waived if the applicant is a duly appointed reserve peace officer as defined in Penal Code § 830.6 (a) or (b) (Penal Code § 26170).

(c) The applicant shall be required to submit to fingerprinting and a complete criminal background check by the California DOJ.

(d) The applicant shall submit proof of ownership of each firearm to be licensed.

Once the Sheriff or authorized designee has reviewed the completed application package and relevant background information, the application will either be advanced to phase two or denied.

In the event that an application is denied at the conclusion of, or during, phase one, the applicant shall be notified in writing within 120 days of the initial application or within 30 days after receipt of the applicant's criminal background check from the California DOJ, whichever is later. If the license is denied, the notice shall state which requirement was not satisfied (Penal Code § 26205). The notice shall also state the reason as to why the determination was made and also inform the applicant they may request a hearing with the court for review. The office shall also provide the applicant with the most recent "Request for Hearing Challenge Disqualified Person Determination" form created and maintained by California DOJ (Penal Code § 26206).

### 207.4.2   PHASE TWO
This phase is to be completed only by those applicants successfully completing phase one.

- (a) Upon successful completion of phase one, the applicant shall be scheduled for a personal interview with the Sheriff or the authorized designee. During this stage, there will be further discussion of any potential restrictions or conditions that might be placed on the license.

- (b) The Sheriff may, based upon criteria established by the Sheriff, require that the applicant be referred to an authorized psychologist used by the Office for psychological testing. The cost of such psychological testing shall be reasonable and will be paid by the applicant. The purpose of any such psychological testing is intended only to identify any outward indications or history of psychological problems that might render the applicant unfit to carry a firearm. This testing is not intended to certify in any other respect that the applicant is psychologically fit. If it is determined that the applicant is not a suitable candidate for carrying a firearm, the applicant shall be removed from further consideration (Penal Code § 26202(a)(1)).

- (c) The applicant shall complete a course of training approved by the office, which complies with Penal Code § 26165 (Penal Code § 26165).

- (d) If a training certificate has not already been submitted and it appears the application will be approved, the office has 90 days from receiving a completed packet to notify the applicant to proceed with their training requirements and submit their certification within 60 days.

Once the Sheriff or authorized designee has verified the successful completion of phase two, the license to carry a firearm will either be granted or denied.

Whether an application is approved or denied at the conclusion of or during phase two, the applicant shall be notified in writing within 120 days of the initial application or within 30 days after receipt of the applicant's criminal background check from the California DOJ, whichever is later. If the license is denied, the notice shall state which requirement was not satisfied (Penal Code § 26205).

### 207.5   ISSUED FIREARMS LICENSES
In the event a license to carry a firearm is issued by the Sheriff, the following shall apply:

Copyright Lexipol, LLC 2024/11/12, All Rights Reserved.
Published with permission by Fresno County Sheriff's Office

(a) The license will be subject to any and all reasonable restrictions or conditions the Sheriff has deemed warranted, including restrictions as to the time, place, manner, and circumstances under which the person may carry the firearm.

   1. All such restrictions or conditions shall be conspicuously noted on any license issued (Penal Code § 26200).

   2. The licensee will be required to sign a Restrictions and Conditions Agreement during the in-person interview. Any violation of any of the restrictions and conditions may result in the immediate revocation of the license.

(b) The license shall be laminated, bearing a photograph of the licensee with the expiration date, type of firearm, restrictions, and other pertinent information clearly visible.

   1. Each license shall be numbered and clearly identify the licensee.

   2. All licenses shall be subjected to inspection by the Sheriff or any law enforcement officer.

(c) The license will be valid for a period not to exceed two years from the date of issuance (Penal Code § 26220).

   1. A license issued to a state or federal magistrate, commissioner, or judge will be valid for a period not to exceed three years.

   2. A license issued to any reserve peace officer as defined in Penal Code § 830.6(a) or (b), or a custodial officer employed by the Sheriff as provided in Penal Code § 831.5 will be valid for a period not to exceed four years, except that such license shall be invalid upon the individual's conclusion of service as a reserve officer or custodial officer.

(d) If the licensee's place of residence was the basis for issuance of a license and the licensee moves out of the county of issuance, the license shall expire 90 days after the licensee has moved (Penal Code § 26210).

(e) The licensee shall notify this office in writing within 10 days of any change of place of residency.

(f) The office shall then notify California DOJ of the residency change within 10 days of receiving it from the licensee.

### 207.5.1   LICENSE RESTRICTIONS

(a) The Sheriff may place special restrictions limiting time, place, manner and circumstances under which any license shall be valid. In general, these restrictions will prohibit the licensee from:

   1. Associate publicly with known gang members.

   2. Consuming any alcoholic beverage while armed.

   3. Falsely representing him/herself as a peace officer.

   4. Unjustified or unreasonable displaying of a firearm.

   5. Committing any crime.

Copyright Lexipol, LLC 2024/11/12, All Rights Reserved.
Published with permission by Fresno County Sheriff's Office

License to Carry a Firearm - 4

6. Being under the influence of any medication or drug while armed.

7. Interfering with any law enforcement officer's duties.

8. Refusing to display his/her license or firearm for inspection upon demand of any peace officer.

9. Loading the permitted firearm with illegal ammunition.

(b) The Sheriff and his/her designee reserves the right to inspect any license or licensed firearm at any time.

### 207.5.2   AMENDMENTS TO LICENSES

Any licensee may apply to amend a license at any time during the period of validity by completing and submitting a written Application for License Amendment along with the current processing fee to the Office using Permitium in order to (Penal Code § 26215):

(a) Add or delete authority to carry a firearm listed on the license.

(b) Change restrictions or conditions previously placed on the license.

(c) Change the address or other personal information of the licensee (Penal Code § 26210).

In the event that any amendment to a valid license is approved by the Sheriff, a new license will be issued reflecting the amendment. An amendment to any license will not serve to extend the original expiration date and an application for an amendment will not constitute an application for renewal of the license.

### 207.5.3   REVOCATION OF LICENSES

Any license issued pursuant to this policy may be immediately revoked by the Sheriff for any of the following reasons:

(a) The licensee has violated any of the restrictions or conditions placed upon the license.

(b) The licensee becomes psychologically unsuitable to carry a firearm.

(c) The licensee is determined to be within a prohibited class described in Penal Code § 26202, § 29800, Penal Code § 29900, Welfare and Institutions Code § 8100, Welfare and Institutions Code § 8103, or any state or federal law.

(d) If the license is one to carry "loaded and exposed," the license shall be revoked immediately upon a change of the licensee's place of residence to another county (Penal Code § 26210).

The issuance of a license by the Sheriff shall not entitle the holder to either a property or liberty interest as the issuance, amendment, or revocation of such license remains exclusively within the discretion of the Sheriff as set forth herein.

If any license is revoked, the Office will immediately (within 15 days) notify the licensee in writing and the California DOJ (Penal Code § 26195). The notice shall state the reason as to why the determination was made and also inform the applicant they may request a hearing with the court

for review. The office shall also provide the applicant with the most recent "Request for Hearing Challenge Disqualified Person Determination" form created and maintained by California DOJ (Penal Code § 26206).

### 207.5.4   LICENSE RENEWAL

No later than 90 days prior to the expiration of any valid license to carry a firearm, the licensee may apply to the Sheriff for a renewal by:

(a) Verifying all information submitted in the original application under penalty of perjury.

(b) Completing an office-approved training course pursuant to Penal Code § 26165.

(c) Paying a non-refundable renewal application fee.

Once the Sheriff or the authorized designee has verified the successful completion of the renewal process, the renewal of the license to carry a firearm will either be granted or denied. Prior issuance of a license shall not entitle any licensee to any property or liberty right to renewal.

Whether an application for renewal is approved or denied, the applicant shall be notified in writing within 120 days of the renewal application or within 30 days after receipt of the applicant's criminal background check from the California DOJ, whichever is later (Penal Code § 26205). If denied, the notice shall state the reason as to why the determination was made and also inform the applicant they may request a hearing with the court for review. The office shall also provide the applicant with the most recent "Request for Hearing Challenge Disqualified Person Determination" form created and maintained by California DOJ (Penal Code § 26206).

### 207.6   OFFICE REPORTING AND RECORDS

Pursuant to Penal Code § 26225, the Sheriff shall maintain a record of the following and immediately provide copies of each to the California DOJ:

(a) The denial of a license

(b) The denial of an amendment to a license

(c) The issuance of a license

(d) The amendment of a license

(e) The revocation of a license

The Sheriff shall annually submit to the State Attorney General the total number of licenses to carry firearms issued to reserve peace officers and judges.

### 207.7   CONFIDENTIAL RECORDS

The home address and telephone numbers of any peace officer, public defender, prosecutor, magistrate, court commissioner, or judge contained in an application shall not be considered public record (Government Code § 7923.805).

Copyright Lexipol, LLC 2024/11/12, All Rights Reserved.
Published with permission by Fresno County Sheriff's Office

*License to Carry a Firearm*

Any information in an application for a license to carry a firearm that indicates when or where the applicant is vulnerable to attack or that concerns the applicant's medical or psychological history or that of the applicant's family shall not be considered public record (Government Code § 7923.800).

### 207.8   LIMITED BUSINESS LICENSE TO CARRY A CONCEALED FIREARM

An individual who is not a resident of the county but who otherwise successfully completes all portions of phases one and two above, may apply for and be issued a limited license subject to approval by the Sheriff and subject to the following:

- (a) The applicant physically spends a substantial period of working hours in the applicant's principal place of employment or business within the County of Fresno (Penal Code § 26150).
- (b) Such a license will be valid for a period not to exceed 90 days from the date of issuance (Penal Code § 26220).
- (c) The applicant shall provide a copy of the license to the licensing authority of the city or county in which the applicant resides (Penal Code § 26220).
- (d) Any application for renewal or reissuance of such a license may be granted only upon concurrence of the original issuing authority and the licensing authority of the city or county in which the applicant resides (Penal Code § 26220).

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Vincent Soliz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On January 29, 2025, I served a copy of the within:

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION SUMMARY JUDGMENT**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

**X**   by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 29, 2025, at Fresno, California.

*/s/ Vincent Soliz*
_____
Vincent Soliz
Litigation Paralegal

Certificate Of Service
Case No. 1:22-cv-00475 KES-EPG