DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
CAVAN M. COX II
  Deputy County Counsel – State Bar No. 266793
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480
Email: cacox@fresnocountyca.gov

Attorneys for Defendants,
Fresno County Sheriff's Office,
Fresno County Sheriff Margaret Mims, and
Fresno County Sheriff's Captain Ryan Hushaw

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY,<br><br>              Plaintiff,<br><br>     v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE; and; FRESNO COUNTY SHERIFF MARGARET MIMS; and; FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW,<br><br>              Defendants. | Case No. 1:22-cv-00475 KES-EPG<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION SUMMARY JUDGMENT**<br><br>Judge: Hon. Kirk E. Sheriff<br><br>(Magistrate Judge: Hon. Erica P. Grosjean) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Evidence, Rule 201, Defendants FRESNO COUNTY SHERIFF'S OFFICE, FRESNO COUNTY SHERIFF MARGARET MIMS, and FRESNO COUNTY SHERIFF'S CAPTAIN RYAN HUSHAW (collectively "Defendants") respectfully request that this Court take judicial notice of the following legislative facts in connection with their Motion for Summary Judgment, filed

herewith, and take judicial notice of the information contained in the exhibits attached hereto:

**Exhibit 1** is a true and correct copy of **former California Penal Code section 26150, effective January 1, 2016, to December 31, 2023.**

This document is a proper subject for judicial notice because it is a legislative fact, and Courts may properly take judicial notice of legislative history, when relevant. See *Association des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937, 945 (9th Cir. 2013); *Silvester v. Harris*, 41 F.Supp.3d 927, 936 (E.D. Cal. 2014) (rev'd and remanded on other grounds).

Dated: January 29, 2025                    Respectfully submitted,

                                              DANIEL C. CEDERBORG
                                              County Counsel

                                              /s/ Cavan M. Cox II
                       By: _____
                                              Cavan M. Cox II, Deputy County Counsel
                                              Attorneys for Defendants

# EXHIBIT 1

> West's Annotated California Codes
>> Penal Code (Refs & Annos)
>>> Part 6. Control of Deadly Weapons (Refs & Annos)
>>>> Title 4. Firearms (Refs & Annos)
>>>>> Division 5. Carrying Firearms (Refs & Annos)
>>>>>> Chapter 4. License to Carry a Pistol, Revolver, or Other Firearm Capable of Being Concealed upon the Person (Refs & Annos)

This section has been updated. Click here for the updated version.

West's Ann.Cal.Penal Code § 26150

§ 26150. Application for license to carry concealed weapon; county sheriff responsibilities; authority to enter into agreement with head of municipal police department

(a) When a person applies for a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person, the sheriff of a county may issue a license to that person upon proof of all of the following:

(1) The applicant is of good moral character.

(2) Good cause exists for issuance of the license.

(3) The applicant is a resident of the county or a city within the county, or the applicant's principal place of employment or business is in the county or a city within the county and the applicant spends a substantial period of time in that place of employment or business.

(4) The applicant has completed a course of training as described in Section 26165.

(b) The sheriff may issue a license under subdivision (a) in either of the following formats:

(1) A license to carry concealed a pistol, revolver, or other firearm capable of being concealed upon the person.

(2) Where the population of the county is less than 200,000 persons according to the most recent federal decennial census, a license to carry loaded and exposed in only that county a pistol, revolver, or other firearm capable of being concealed upon the person.

| (c)(1) Nothing in this chapter shall preclude the sheriff of the county from entering into an agreement with the chief or other head of a municipal police department of a city to process all applications for licenses, renewals of licenses, or amendments to licenses pursuant to this chapter, in lieu of the sheriff. |

| (2) This subdivision shall only apply to applicants who reside within the city in which the chief or other head of the municipal police department has agreed to process applications for licenses, renewals of licenses, and amendments to licenses, pursuant to this chapter. |

**Credits**

(Added by Stats.2010, c. 711 (S.B.1080), § 6, operative Jan. 1, 2012. Amended by Stats.2015, c. 785 (A.B.1134), § 2, eff. Jan. 1, 2016.)

**Editors' Notes**

### VALIDITY

*For validity of this section, see* New York State Rifle & Pistol Association, Inc. v. Bruen, 2022, 142 S.Ct. 2111, 213 L.Ed.2d 387.

### LAW REVISION COMMISSION COMMENTS

2010 Addition

Section 26150 continues former Section 12050(a)(1)(A) & (D) without substantive change.

See Sections 16520 ("firearm"), 16530 ("firearm capable of being concealed upon the person," "pistol," and "revolver"), 17020 ("principal place of employment or business"). [38 Cal.L.Rev.Comm. Reports 217 (2009)].

West's Ann. Cal. Penal Code § 26150, CA PENAL § 26150
Current with Ch. 1 of 2023-24 2nd Ex.Sess, and all laws through Ch. 1017 of 2024 Reg.Sess.

**End of Document**    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

**PROOF OF SERVICE BY UNITED STATES MAIL**

I, Vincent Soliz, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On January 29, 2025, I served a copy of the within:

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION SUMMARY JUDGMENT**

on the interested parties in said action addressed as follows:

Michael Gene McKinney
4397 N. Valentine Avenue
Fresno, CA 93722
*Pro Per Plaintiff*

**X**   by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail and addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 29, 2025, at Fresno, California.

Vincent Soliz
Litigation Paralegal

Certificate Of Service
Case No. 1:22-cv-00475 KES-EPG