

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GENE MCKINNEY PRO SE,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO COUNTY SHERIFF'S OFFICE<br><br>FRESNO COUNTY SHERIFF<br>MARGARET MIMS<br><br>FRESNO COUNTY SHERIFF'S CAPTAIN<br>RYAN HUSHAW<br><br>Defendants | Case # 1:22-CV-00475 KES-EPG<br><br>PLANTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT |

March 13, 2025.

PLANTIFF'S REQUEST FOR ADDITIONALTIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT - 1

I thank the court for interceding on my behalf by ordering on February 27, 2025, an extension of time to file an opposition to the Defendants Motion for Summary Judgement.

I submit an excerpt of a letter to my attorney dated March 12, 2025.

      Michael Berdinella, Attorney at Law

      "Mike, I met with Dr. Khatchikian at Kaiser, my primary care physician on Monday to follow up on the injury suffered in the auto accident on August 4th, 2024. I advised him that my full cognitive abilities have not fully recovered. I feel that I have 90 to 95 percent recovery but still have problems with analytical thinking, problem solving, focus and resolve. He reiterated his opinion there was no prescription to assist me and that only elapsed time will result in full recovery. At your advise I asked about a neurology examination and we spoke about that. He said he felt a neurolical examination would not assist me in my recovery and after that discussion I agree with him."

      I am in the process of recovering from a concussion sustained in a rear-end collision, which resulted in significant cognitive impairment, initially reducing my cognition by 90 percent. My recovery was extremely slow at first but has recently progressed at an accelerated rate. It seems the more I heal, the faster the healing process becomes.

      Due to these circumstances, I respectfully request an additional 120 days to subpoena necessary documents and arrange for depositions essential to opposing the Motion for Summary Judgment, and prosecuting my case.

Additionally, Counsel for the Defense has introduced a new deponent when filing the Motion for Summary Judgement, Lt. J. Dunn. Prior to the submission of Lt. J. Dunn's extensive statement of facts into the record, I had no knowledge of Lt. Dunn or his involvement in this matter.

Respectfully submitted,

/s/ Michael McKinney

Michael McKinney

Plaintiff, Pro Se

March 13, 2025

PROOF OF SERVICE BY US MAIL

Today March 13, 2025, at 3:30 PM, I delivered into the United States Mail at Fresno, California

By certified mail a copy of

PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT dated March 13, 2025

Case # 1:22-cv-00475 KES-EPG

Addressed to

DANIEL C. CEDERBORG County Counsel

2220 Tulare Street, 5th Floor

Fresno, California    93721

Michael Black

4397 N Valentine Avenue

Fresno, CA 93722

*[signature]* 3/13/2025